UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHARLESETTA WILLIAMS | CIVIL ACTION NO. 09-382-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HOSTAMAN HITCHMICHES | MAGISTRATE JUDGE HORNSBY |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 19], and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of April, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE